UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:09-cv-02250-JHN-DTBx | Date | February 5, 2010 |
|---|---|---|---|
| Title | Maria Vargas v. Bank of America, et. al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE REMAND TO STATE COURT  (In Chambers)

On December 9, 2009, this action was removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. However, the jurisdictional allegations appear to be defective.  Under 28 U.S.C. § 1331, this Court has original jurisdiction over civil actions "arising under" federal law.  "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 2429 (1987).  The only exception to this rule is where plaintiff's federal claim has been disguised by "artful pleading," such as where the only claim is a federal one or is a state claim preempted by federal law. *Sullivan v. First Affiliated Sec., Inc*., 813 F. 2d 1368, 1372 (9th Cir. 1987).

A case may arise under federal law "where the vindication of a right under state law necessarily turned on some construction of federal law." *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 103 S. Ct. 2841 (1983).  In many situations, where the violation of a federal statute is one of several independent allegations supporting a state law cause of action, courts have determined that the state law cause of action does not "necessarily turn" on the construction of the federal statute. *Rains v. Criterion Sys., Inc*., 80 F.3d 339, 345-46 (9th Cir. 1996); *see also id.* at 346 ("When a claim can be supported by alternative and independent theories—one of which is a state law theory and one of which is a federal law theory—federal question jurisdiction does not attach because federal law is not a necessary element of the claim.").

Here, Removing Defendants argue in their Notice of Removal ("Notice") that "Plaintiff brings claims arising under federal laws, including the Truth In Lending Act ("TILA"), 15 U.S.C. § 1601 et seq., though inartfully pled." (Notice ¶ 4.)  Removing Defendants argue Court has supplemental jurisdiction over the Plaintiff's state law claims. (Notice ¶ 5.)  Contrary to the assertion of Removing Defendants, none of the causes of action alleged in theComplaint assert a claim for violations of TILA or RESPA. Instead, the Complaint alleges state law causes of action for, *inter alia*, fraud, breach of covenant of good faith and fair dealing, and failure to provide accounting.  Removing Defendants' conclusory assertions that these allegations arise under federal law does not demonstrate how the state law allegations "necessarily turn" on TILA and RESPA violations.  Removing Defendants do not present a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:09-cv-02250-JHN-DTBx | Date | February 5, 2010 |
|---|---|---|---|
| Title | Maria Vargas v. Bank of America, et. al. | | |

nexus between the facts alleged in the Complaint and their Notice.

Accordingly, the Court orders defendants to show cause in writing no later than **February 24, 2010** why this action should not be remanded for the reasons noted above. The hearing set for February 22, 2010 is hereby vacated. This deadline shall <u>not</u> extend the time for responding to any motion for remand filed by Plaintiff. Plaintiff may submit a response in the same time period. The parties are reminded that courtesy copies are to be delivered to Chambers. Failure of defendants to respond by the above date will result in the Court **remanding** this action to state court.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |